IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. McDONALD,

    Plaintiff,                              No. CIV S-06-2404 MCE GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 12, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 3, 2007 motion for an extension of time is granted;

        2. Plaintiff shall file an amended complaint on or before July 5, 2007; and

        3. There will be no further extension of time.

DATED: 5/14/07

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
mcdo2404.36