IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. McDONALD,

      Plaintiff,                      No. CIV S-06-2404 MCE GGH P

  vs.

ROSEANNE CAMPBELL, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed April 12, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  By concurrently filed Findings and Recommendations, the court recommends dismissal of certain claims and defendants from the amended complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Correctional Officer

1

1 Baker; Lieutenant Gibson; Warden Campbell in her official capacity only.

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 4, 2007 (# 12).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four (4) copies of the endorsed amended complaint filed June 4, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 03/26/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
mcdo2402.1a

|   |   |
|---|---|
| 1 | |
| 2 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. McDONALD,

     Plaintiff,                       No. CIV S-06-2404 MCE GGH P

     vs.

ROSEANNE CAMPBELL, et al.,         NOTICE OF SUBMISSION

     Defendants.                  OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__     completed summons form

        __3__     completed USM-285 forms

        __4__     copies of the __June 4, 2007__
                                       Amended Complaint

DATED:

_____
                   Plaintiff