IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY D. McDONALD,**<br><br>                             Plaintiff,<br><br>   v.<br><br>**ROSANNE CAMPBELL, et al.,**<br><br>                             Defendants. | Case No.: 2:06-CV-2404 MCE GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On June 11, 2008, Defendants filed a first request for extension of time of forty-five days, up to and including July 31, 2008, within which to file a responsive pleading to the amended complaint.

Good cause appearing, Defendants' request is granted, but only for 30 days.

**IT IS SO ORDERED.**

Dated: 06/12/08                                   */s/ Gregory G. Hollows*

                                                          U.S. MAGISTRATE JUDGE

mcdo2404.po

*[Proposed] Order*

1