IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. McDONALD,

     Plaintiff,                   No. CIV S-06-2404 MCE GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

     Defendants.             ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff also makes an unnecessary request for an extension of time to respond to defendants' "counterclaim." Defendants filed their answer to plaintiff's amended complaint on 7/15/08. Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate a

1

1  response to such a filing.  Plaintiff's inapposite request will be denied.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. Plaintiff's April 25, 2008 motion for the appointment of counsel (Docket #18)

4  is denied; and

5          2. Plaintiff's August 4, 2008 (# 34) inapposite request for an extension of time to

6  respond to defendants' "counterclaim," construed as a request for more time to be permitted to

7  respond to the answer, is denied.

8  DATED: 08/14/08         /s/ Gregory G. Hollows

                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:009
mcdo2404.31+