IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. McDONALD,

      Plaintiff,                    No. CIV S-06-2404 MCE GGH P

  vs.

ROSEANNE CAMPBELL, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff has moved to dismiss his request to add new defendants in place of Doe defendants.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's September 19, 2008 (#39) motion to vacate his own request to substitute new defendants in place of Doe defendants, filed on June 6, 2008, is granted; and

      2. Plaintiff's request to add new defendants, filed on June 6, 2008 (#24), is vacated from the docket of this case.

DATED: 09/26/08

                                                /s/ Gregory G. Hollows
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
mcdo2404.mtv