IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**JEFFREY D. McDONALD,**

               Plaintiff,

      **v.**

**ROSANNE CAMPBELL, et al.,**

               Defendants.

2:06-CV-2404 MCE GGH P

**ORDER**

      The Court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's request for production of documents, first set.  Accordingly, Defendants shall respond to Plaintiff's first set of request for production of documents by or on November 7, 2008.  **No further extensions**.

Dated: 10/03/08

              /s/ Gregory G. Hollows

              _____

              United States Magistrate Judge

mcdo2404.eot

[Proposed] Order

1