IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY D. McDONALD,

      Plaintiff,                    No. CIV S-06-2404 MCE GGH P

   vs.

ROSEANNE CAMPBELL, et al.,

      Defendants.            <u>ORDER</u>

                              /

        Plaintiff has moved to dismiss his "motion for default judgment," but appears to be seeking to renew it at the same time. The court has reviewed the motion and the opposition to the motion as well as the record of the filings by defendants. Defendants were granted a thirty day extension to file their response, which had been due on June 16, 2008. See Order, filed on June 13, 2008 (# 27). Thus, a responsive pleading was due on July 16, 2008. Defendants filed their answer on July 15, 2008. Docket # 32. The court therefore will grant plaintiff's motion to dismiss his putative "motion for judgment of default," and will deny any such renewed motion as meritless.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 26, 2008 (# 43) motion to vacate his "motion for default judgment," filed on August 18, 2008, is granted and the motion, docket # 37,

1

1 is vacated from the docket of this case; and

2        2. To the extent plaintiff seeks to renew the motion (docket # 41), any such renewed motion is denied as meritless.

DATED: 10/22/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
mcdo2404.vac