1   VAN LONGYEAR, CSB NO. 84189
    JENNIFER MARQUEZ, CSB NO. 232194
2   NATASHA N. LANGENFELD, CSB NO. 250944
    Longyear, O'Dea and Lavra, LLP
3   3620 American River Drive, Suite 230
    Sacramento, Ca. 95864
4   Telephone: (916) 974-8500
    Facsimile: (916) 974-8510
5
6   Attorneys for Defendant Jeffrey L. Baker

7
                **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**
8
                      **OF CALIFORNIA SACRAMENTO DIVISION**
9

10

11  JEFFREY D. MCDONALD, et al.          )    **CASE NO. 2:06-CV-02404 RT**
                                         )
12          Plaintiff                    )    **[PROPOSED] ORDER REGARDING
                                         )    DEFENDANT BAKER'S REQUEST
13  v.                                   )    FOR EXTENSION OF TIME TO
                                         )    RESPOND TO PLAINTIFF'S
14  ROSEANNE CAMPBELL, et al.            )    MOTION TO COMPEL
                                         )
15          Defendants.                  )
                                         )
16  ─────────────────────────────────    )

17                                  *a REQUEST FOR   RJT*
18          Defendant Baker has filed an extension of time to file and serve a response to   *RJT*

            plaintiff's Motion to Compel, filed on December *8  RJT* ~~7~~, 2008. Good cause ~~appearing~~ *being found  RJT*, IT IS HEREBY
19
    ORDERED that defendant Baker is granted an additional thirty days from the date of this order,
20
    in which to respond to plaintiff's Motion to Compel.
21

22
    Dated: ___*12/23*___ , 2008                    *Robert J. Timlin*
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

─────────────────────────────────────────────────────────────────────────
     [Proposed] Order Regarding Defendant Baker's Request for Extension of Time to Respond to Plaintiff's Motion to
                                                                                                Compel
                                                                                            Page: 1