UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

## CIVIL MINUTES - GENERAL

Case No.     2:06-2404-RT                                Date January 12, 2009

Title:       *Jeffery McDonald v. Roseanne Campbell, et al.*

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE   *RJT*

__Patricia Gomez__                                              __None__
Courtroom Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
None                                    None

**PROCEEDINGS: ORDER SETTING SCHEDULING CONFERENCE**

Plaintiff Jeffrey McDonald, a pro-se prisoner, has filed a First Amended Complaint against defendants Lieutenant Gibson, Correctional Officer Baker, and Warden Roseanne Campbell in her official capacity only ("Defendants") alleging they deprived him of his rights under the first and eighth amendments of the U.S. Constitution under 42 U.S.C. § 1983. After reviewing the court file, this court has decided to order a telephonic scheduling conference pursuant to Rule 16(a) of the Federal Rules of Civil Procedure ("Rule 16(a)") and Local Rule 16-240. While a scheduling conference is not mandatory for a pro-per prisoner case alleging civil rights violations, *see* L.R. 16-240 (c)(8), the court finds a conference between the parties is necessary to fulfill the purposes stated in Rule 16(a). Thus, the telephonic scheduling conference is set for February 16, 2009, at 11 a.m.

The parties are reminded of their obligations to disclose information and confer telephonically on a discovery plan no later than 21 days prior to the scheduling conference and to file a report of the parties' planning meeting no later than 14 days after they confer as required by Rule 26(f) of the Federal Rules of Civil Procedure ("Rule 26(f)"). Counsel for Defendants Campbell and Gibson shall arrange the conference, prepare the report and file it with the court as required by Rule 26(f).

**IT IS SO ORDERED.**

Courtroom Deputy Clerk Patricia Gomez at (213) 894-0539.