UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

## CIVIL MINUTES - GENERAL

| Case No. | CV06-02404-RT | Date | January 27, 2009 |
|---|---|---|---|
| Title | Jeffrey D. McDonald v. Roseanne Campbell | | |

Present: The Honorable     Robert J. Timlin

Patricia Gomez
Deputy Clerk                                       Court Reporter / Recorder

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**    (IN CHAMBERS) NOTICE RE TELEPHONIC SCHEDULING CONFERENCE SET FOR 2/16/09

On the Court's own motion, the telephonic scheduling conference is ordered continued from February 16, 2009 at 11:00 a.m. to **February 17, 2009 at 9:00 a.m.**

: 
Initials of Preparer        PG