IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY D. McDONALD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAMPBELL, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:06-CV-2404 RJT<br>**R J T**<br>[~~PROPOSED~~] **ORDER AND**<br>**WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM**<br><br>Telephonic Hearing: February 17, 2009<br>Time: 9:00 a.m.<br>Judge: The Honorable Robert J. Timlin |

　　　　Jeffrey McDonald, inmate # P-05806, a party in proceedings in this case on February 17, 2009, at 9:00 a.m., for a Telephonic Scheduling Conference, is confined in Salinas Valley State Prison, 31625 Hwy. 101, Soledad, CA 93960 (mailing address P. O. Box 1020, Soledad, CA 93960-1020), in the custody of Warden Anthony Hedgpeth; in order to secure the inmate's telephonic attendance at the Telephonic Scheduling Conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via telephonic appearance before the Honorable Robert J. Timlin.

　　　　ACCORDINGLY, IT IS ORDERED that:

　　　　1.　　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to make a telephonic appearance at the date and time above; and

2. The custodian is ordered to notify the Court of any change in the custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: Warden Anthony Hedgpeth of California State Prison-Salinas Valley, 31625 Hwy. 101, Soledad, CA 93960 (mailing address P. O. Box 1020, Soledad, CA 93960-1020):

**WE COMMAND** you to produce the inmate named above to appear via telephone at the date and time above.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 2/13/09

*[signature: Robert J. Timlin]*

ROBERT J. TIMLIN
UNITED STATES SENIOR DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA