IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY D. McDONALD,** | Case No. 2:06-CV-2404 RJT |
| Plaintiff, | **ORDER** |
| v. | |
| **CAMPBELL, et al.,** | |
| Defendants. | |

    Upon careful examination of the moving papers and good cause appearing, the Court grants Defendants Campbell and Gibson's motion to modify the February 17, 2009 Civil Minutes (Court Record 66) and orders as follows:

    Defendants shall file their motion for summary judgment on or before June 26, 2009.

    IT IS SO ORDERED.

Dated: ___June 3, 2009___            _____/S/_____
                                                    The Honorable Robert J. Timlin