UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

## CIVIL MINUTES - GENERAL

Case No.   2:06-2404-RT                              Date June 15, 2009

Title:   _Jeffery McDonald v. Roseanne Campbell, et al._

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

Patricia Gomez                                                 None
Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                             None

**PROCEEDINGS:  ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**

Plaintiff has requested appointment of counsel to represent him for the purpose of opposing defendants' anticipated motion for summary judgment.[1] The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, based on such factors as the likelihood of success on the merits, and the ability of the plaintiff to articulate his claims in light of their complexity, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court has reviewed the entire file in this case including the first amended complaint and has evaluated both of the above factors. It finds that the required exceptional circumstances do not exist as to plaintiff's opposing defendants anticipated summary judgment motion. Plaintiff's motion for appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's June 10, 2008 request for appointment of counsel is denied.

CIVIL MINUTES                                                                    INITIALS OF CRD _____

---

[1] This request was made in Plaintiff's Opposition to Defendants Campbell and Gibson's Motion to Modify Scheduling Order, which opposition was received by the court on June 10, 2009.