UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

CIVIL MINUTES - GENERAL

Case No.      2:06-2404-RT                                    Date July 17, 2009

Title:        *Jeffrey McDonald v. Roseanne Campbell, et al.*

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

| Patricia Gomez | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
       None                                                         None

**PROCEEDINGS: ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR COURT TO STAY DEFENDANTS CAMPBELL AND GIBSON'S MOTION FOR SUMMARY JUDGMENT DUE TO INCOMPLETE DISCOVERY THAT IS IN PLAINTIFF'S MOTION TO COMPEL**

The Court has read and considered Plaintiff's motion for the court to stay the Defendants Campbell and Gibson's motion for summary judgment due to incomplete discovery that is in Plaintiff's motion to compel, filed July 13, 2009 ("motion"). It appears to the Court that Plaintiff may not have received 1) the Court's order granting in part and denying in part Plaintiff's motion to compel and denying Plaintiff's request for sanctions, 2) the Court's notice to pro se Plaintiff McDonald regarding procedures for opposing motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 and 3) the notice of extended dates for filing opposition and reply to the summary judgment motion. The aforementioned court order and notices were filed on July 6, 2009.

The Court denies the motion without prejudice and directs the Clerk of the court to send Plaintiff McDonald copes of the order and notices filed July 6, 2009, mentioned above.

IT IS SO ORDERED.

CIVIL MINUTES                                                                                  INITIALS OF CRD _____