UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

## CIVIL MINUTES - GENERAL

Case No.    2:06-2404-RJT                              Date November 3, 2009

Title:    _Jeffrey McDonald v. Roseanne Campbell, et al._

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

Patricia Gomez                                              None
Courtroom Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
     None                                              None

CORRECTION TO ORDER FURTHER AMENDING COURT'S MANAGEMENT ORDERS
FILED ON NOVEMBER 2, 2009

This court's Order Further Amending Court's Case Management Orders, filed on November 2, 2009,

misstated the email address for Sujean Younger, the ADR Program Director for the Eastern District of

California.  The correct email address is syounger@caed.uscourts.gov.

CIVIL MINUTES                                          INITIALS OF CRD _____