IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY D. McDONALD,** | Case No. 2:06-CV-2404 RJT |
| Plaintiff, | **ORDER** |
| v. | |
| **CAMPBELL, et al.,** | |
| Defendants. | |

    Upon examination of the moving papers and good cause appearing, the Court grants Defendants Campbell and Gibson's request for an eighteen-day extension of time to respond to the October 27, 2009 Civil Minutes/Order (Court Docket 93) and orders as follows:

    Defendants Campbell and Gibson shall respond to the October 27, 2009 Civil Minutes on or before November 30, 2009.

    IT IS SO ORDERED.

Dated: <u>November 12, 2009</u>

/S/
_____
The Honorable Robert J. Timlin