VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
NATASHA N. LANGENFELD, CSB NO. 250944
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant Jeffrey L. Baker

# UNITED STATES DISTRICT COURT EASTERN DISTRICT
# OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY D. MCDONALD, et al. | CASE NO. 2:06-CV-02404 RT |
| Plaintiff | |
| v. | STIPULATION FOR PROTECTIVE ORDER PER COURT ORDER |
| ROSEANNE CAMPBELL, et al. | [~~PROPOSED~~ ORDER] |
| Defendants. | |

Per Court Order (See Court Docket No. 93), documents are being provided to plaintiff Jeffrey D. McDonald under the supervision of a prison official (specifically, documents bate stamped 000119-120, 000125-128, 000136-233, and 000234-238). Any notes and writings created by plaintiff Jeffrey D. McDonald during the supervised review of these documents are hereby subject to the following protective order:

1.  All notes and writings created by plaintiff Jeffrey D. McDonald are "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order"). These notes shall be written on paper marked with the legend "CONFIDENTIAL", bate-stamped and watermarked "CONFIDENTIAL""DO NOT DUPLICATE". Disclosure of information obtained from review of these documents would have the effect of causing harm.

2.  All information obtained from these documents shall be used only for the purpose of this action, and for no other purpose.

3. Should any information derived from these documents be included in any papers to be filed with the court, such papers shall be labeled "Confidential - Subject to Court Order" and filed under seal until further order.

4. In the event that any confidential information is used in any court proceeding in this action, it shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

5. Nothing in this Order nor the production of any information under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to have the effect of an admission or waiver by either party or of altering the confidentiality or nonconfidentiality of any such information or altering any existing obligation of any party or the absence thereof.

6. Nothing in this Protective Order shall in and of itself require disclosure of information that is protected by the attorney-client privilege, work-product doctrine, or any other privilege, doctrine, or immunity, nor does it result in any party giving up its right to argue that otherwise privileged documents must be produced due to waiver or for any other reason.

7. In the event any party claims that it has inadvertently disclosed information subject to the attorney-client privilege, work-product doctrine, or any other privilege, doctrine, or immunity, upon discovery of the inadvertent disclosure, the party shall promptly notify the opposing party thereof. Immediately upon receiving such notice, counsel for the party who received the allegedly inadvertently-disclosed privileged information shall sequester all identified information (including any and all copies) in its offices until the matter has been resolved either by agreement of the parties or by an order of this Court. With respect to the application of any claim of privilege or immunity for inadvertently produced materials, if the parties are unable to reach a satisfactory agreement as to the return and/or use of such Documents within ten (10) court days of such notice, the producing party may, within ten (10) court days thereafter, petition the Court on an expedited basis to resolve the matter. If the party alleging an inadvertent disclosure makes an adequate showing, reasonable under the circumstances, of both inadvertence and privilege, the Court shall order all such information returned to the party who inadvertently produced them.

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

8. Testimony taken at a conference, hearing or trial may be designated as confidential by making a statement to that effect on the record at the proceeding.

9. If Protected Information produced in accordance with this Order is disclosed to any person other than in the manner authorized by this Order, the party responsible for the disclosure shall immediately bring all pertinent facts relating to such disclosure to the attention of all counsel of record and, without prejudice to other rights and remedies available to the producing party, make every effort to obtain the return of the disclosed Protected Information and prevent further disclosure of it by the person who was the recipient of such information.

10. This Order shall survive the final termination of this action, to the extent that the CONFIDENTIAL information is not or does not become known to the public, and the Court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed hereunder. Upon termination of this case, all parties and/or counsel for parties shall assemble and return all documents, material, and deposition transcripts designated as confidential and all copies of the same to counsel for Defendant JEFFREY BAKER, Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, CA 95864.

**IT IS SO AGREED.**

Dated: 12/9/09

PLAINTIFF IN PRO PER

By: _/s/ Jeffrey McDonald_
JEFFREY D. MCDONALD

Dated: _____

OFFICE OF THE ATTORNEY GENERAL

By: _____
ELLEN Y. HUNG
Attorney for Defendants Gibson and Campbell

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

8.  Testimony taken at a conference, hearing or trial may be designated as confidential by making a statement to that effect on the record at the proceeding.

9.  If Protected Information produced in accordance with this Order is disclosed to any person other than in the manner authorized by this Order, the party responsible for the disclosure shall immediately bring all pertinent facts relating to such disclosure to the attention of all counsel of record and, without prejudice to other rights and remedies available to the producing party, make every effort to obtain the return of the disclosed Protected Information and prevent further disclosure of it by the person who was the recipient of such information.

10. This Order shall survive the final termination of this action, to the extent that the CONFIDENTIAL information is not or does not become known to the public, and the Court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed hereunder. Upon termination of this case, all parties and/or counsel for parties shall assemble and return all documents, material, and deposition transcripts designated as confidential and all copies of the same to counsel for Defendant JEFFREY BAKER, Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, CA 95864.

**IT IS SO AGREED.**

Dated: _____          PLAINTIFF IN PRO PER

                          By: _____
                             JEFFREY D. MCDONALD


Dated: November 30, 2009  OFFICE OF THE ATTORNEY GENERAL


                          By: /s/ Ellen Y. Hung
                             ELLEN Y. HUNG
                             Attorney for Defendants Gibson and Campbell

| | |
|---|---|
| Dated: November 23, 2009 | LONGYEAR, O'DEA & LAVRA, LLP |
| | By: /s/ Natasha Langenfeld |
| | NATASHA N. LANGENFELD |
| | Attorney for Defendant Jeffrey L. Baker |

**IT IS SO ORDERED.**

Dated: 1/22/10

Robert J. Timlin
UNITED STATES DISTRICT JUDGE

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

Stipulation for Protective Order
[Proposed Order]
Page: 4