UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

CIVIL MINUTES - GENERAL

Case No.    2:06-2404-RT                              Date March 15, 2010

Title:    *Jeffery McDonald v. Roseanne Campbell, et al.*

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

| Patricia Gomez | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                                    None

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING DEFENDANTS CAMPBELL AND GIBSON TO FILE WITH THE COURT THEIR VERIFIED SUPPLEMENTAL RESPONSES TO THIS COURT'S OCTOBER 27, 2009 DISCOVERY ORDER**

The court is currently considering plaintiff Jeffrey McDonald ("plaintiff" or "McDonald")'s Opposition to defendants Roseanne Campbell ("Campbell") and C. Gibson ("Gibson," collectively "defendants")'s Supplemental Responses to Plaintiff's Request for Production of Documents (the "Opposition") and plaintiff's Request for Sanctions due to the Defendants' Dilatory Motions and Contempt for this Court's Orders (the "Sanctions Request"). On October 27, 2009, the court ordered defendants Campbell and Gibson to provide plaintiff with certain verified, supplemental responses to plaintiff's requests for production of documents. Plaintiff's Opposition contends that defendants have failed to so comply by submitting deficient supplemental responses.

The court recognizes that plaintiff provides defendants Campbell and Gibson's supplemental responses as an attachment to his Opposition. However, while that attachment includes the verification signed by defendant Campbell, it does not include a verification executed by defendant Gibson. Instead, plaintiff includes a letter submitted by defense counsel which indicates that defense counsel will ultimately provide plaintiff with defendant Gibson's verification at a later date and upon defendant Gibson's return from a two-week, out-of-state trip. Defendants contend in their response to plaintiff's Opposition that plaintiff's Opposition is without merit as demonstrated by their sufficient, *verified* supplemental responses. However, defendants have not themselves provided the court with copies of their supplemental responses or the executed verifications, though they rely on said documents to contest plaintiff's Opposition. Thus, the court hereby orders defendants to submit to the court copies of their supplemental responses including the verifications executed by both defendants Campbell and Gibson. Defendants Campbell and Gibson are ordered to provide the court with said documents within three (3) days of the issuance of this order.

**IT IS SO ORDERED**.

CIVIL MINUTES                                                                              INITIALS OF CRD __pg___