IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. McDONALD,<br><br>Plaintiff,<br><br>v.<br><br>CAMPBELL, et al.,<br><br>Defendants. | Case No. 2:06-CV-2404 RJT<br><br>[~~PROPOSED~~] ORDER |

Upon examination of Defendant Campbell and Gibson's request to extend the mediation deadline from April 2, 2010, to April 30, 2010, needed to accommodate Judge Morris C. England, Jr.'s calendar availability to mediate this case, and good cause appearing, Defendants' request is GRANTED.

The mediation deadline is extended to April 30, 2010, for the parties to proceed with mediation before Judge England.

**IT IS SO ORDERED.**

Dated: 3/22/10

_Robert J. Timlin_
The Honorable Robert J. Timlin