UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY D. MCDONALD, et al.<br><br>Plaintiff<br><br>v.<br><br>ROSEANNE CAMPBELL, et al.<br><br>Defendants. | CASE NO. 2:06-CV-02404 RJT<br><br>[PROPOSED] ORDER REGARDING DEFENDANT JEFFREY L. BAKER'S MOTION TO SEAL PLAINTIFF'S SUPPLEMENTAL REPLY IN OPPOSITION OF DEFENDANTS CAMPBELL AND GIBSON'S SUMMARY JUDGMENT |

Defendant, Jeffrey Baker, filed a Motion to Seal Plaintiff's Supplemental Reply in Opposition of Defendants Campbell and Gibson's Summary Judgment. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Supplemental Reply in Opposition of Defendants Campbell and Gibson's Summary Judgment (Docket No. 111) is filed under seal.

**IT IS SO ORDERED.**

Dated: 3/26/10

_Robert J. Timlin_
THE HONORABLE ROBERT J. TIMLIN, JUDGE