## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Jeffrey D. McDonald,

        Plaintiff,             Case No. 2:06-CV-2404 RJT

vs.

Campbell, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

        Jeffrey D. McDonald, inmate # P-05806, a necessary and material witness in proceedings in this case on March 26, 2010, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, California, 93536, in the custody of Warden Brian Haws; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Morrison C. England, Jr., at the U.S. District Court, 501 I Street, Courtroom #7, Sacramento, California 95814, on April 30, 2010 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the settlement conference or as ordered by Judge England; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

Dated: 3/26/10

                                        Hon. Robert J. Timlin
                                        United States District Judge

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Brian Haws, LAC, 44750 60th Street West, Lancaster, California, 93536:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge England at the U.S. District Courthouse in Sacramento at the time and place above, until completion of the settlement conference or as ordered by Judge England; and thereafter to return the inmate to the above institution.

        **FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:

mdco2404.841