IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. McDONALD, | Case No. 2:06-CV-2404 RJT |
| Plaintiff, | **ORDER** |
| vs. | |
| CAMPBELL, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to District Judge Morrison C. England, Jr., to conduct a settlement conference on April 30, 2010, at 9:00 a.m. A separate order and writ of habeas corpus ad testificandum to transport the plaintiff from California State Prison, Los Angeles County (LAC) will issue forthwith.

//

//

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2      1. This case is set for mediation on April 30, 2010, at 9:00 a.m. at the U.S.

3  District Court, 501 I Street, Sacramento, in Courtroom #7.

4      2. Parties are to appear with full settlement authority.

5      3. The parties are directed to provide confidential settlement conference

6  statements to Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200,

7  Sacramento, California 95814, so that they arrive no later than April 22, 2010.

8  DATED: 3/26/10

*Robert J. Timlin*
Robert J. Timlin
United States District Judge