UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

# CIVIL MINUTES - GENERAL

| Case No. | CV06-02404-RT | Date | April 2, 2010 |
|---|---|---|---|
| Title | *Jeffrey D. McDonald v. Roseanne Campbell, et al.* | | |

Present: The Honorable  Robert J. Timlin, United States District Judge

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   ORDER VACATING APRIL 22, 2010 TELEPHONIC PRETRIAL CONFERENCE PENDING THE PARTIES' APRIL 30, 2010 MEDIATION

The telephonic pretrial conference in this matter is currently set for Thursday, April 22, 2010, at 9:00 a.m. The parties originally set a mediation/settlement conference before the Honorable Morrison C. England, Jr. for April 2, 2010. However, at the parties' request, the court has since ordered that the mediation/settlement conference shall take place on April 30, 2010. As such, the court hereby vacates the April 22, 2010 telephonic pretrial conference pending the April 30, 2010 mediation. The court will reinstate the telephonic pretrial conference, if necessary, once the remaining parties inform the court of the resolution of the mediation/settlement conference.

IT IS SO ORDERED.

                                                                                                                  :
                                              Initials of Preparer          PG