UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

## CIVIL MINUTES - GENERAL

| Case No. | CV06-02404-RT | Date | July 14, 2010 |
|---|---|---|---|
| Title | Jeffrey D. McDonald v. Roseanne Campbell, et al. | | |

| Present: The Honorable | Robert J. Timlin, United States District Judge |
|---|---|

| Patricia Gomez | Walter Ledge |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     (IN CHAMBERS) Transcript Order

Defendant Baker's attorney requested a transcript of the July 6, 2010 Telephonic Pretrial Conference. Plaintiff requested a copy of the transcript at the government's expense. The Court granted plaintiff's request having found plaintiff is financially unable to pay for such costs.

IT IS SO ORDERED.

|   | : |
|---|---|
| Initials of Preparer | PG |