UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

## CIVIL MINUTES - GENERAL

| Case No. | CV06-02404-RT | Date | December 9, 2010 |
|---|---|---|---|
| Title | *Jeffrey D. McDonald v. Roseanne Campbell, et al.* | | |

| Present: The Honorable | Robert J. Timlin, United States District Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   (IN CHAMBERS)ORDER SETTING PRETRIAL CONFERENCE DATE AND TIME

Please take notice that on the Court's own motion, a Telephonic Status Conference is set for Monday, December 13, 2010 at 8:30 a.m. The Court orders plaintiff Jeffrey D. McDonald to participate telephonically in the conference and orders the officials at Pleasant Valley State Prison to make the necessary arrangements for Mr. McDonald presence at the conference.

To access the conference bridge please contact 213/894-0800, meeting I.D. no. **1112#**, followed by password no. **5105#**.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | PG |