LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| JEFFREY D. MCDONALD, et al. ) | **CASE NO. 2:06-CV-02404 RT** |
|  ) | |
| Plaintiff ) | **ORDER GRANTING** |
|  ) | **STIPULATION TO CONTINUE THE** |
| v. ) | **TRIAL DATE** |
|  ) | |
| ROSEANNE CAMPBELL, et al. ) | |
|  ) | |
| Defendants. ) | |

Plaintiff, Jeffrey D. McDonald and Defendant, Jeffrey L. Baker, through his counsel, hereby agree and stipulate to move the pretrial conference date from April 4, 2011 at 8:30 a.m. to April 5, 2011 at 8:30 a.m.  The parties also agree to move the jury trial date from April 5, 2011 at 9:00 a.m. to April 6, 2011 at 9:00 a.m.

IT IS SO STIPULATED.


Dated: _____                    PLAINTIFF IN PRO PER

                                       /s/ Jeffrey D. McDonald
                                   By:_____
                                       JEFFREY D. MCDONALD

//

//

//

//

1  Dated: _____                    LONGYEAR, O'DEA & LAVRA, LLP

2

3                                       By:_____
                                           NATASHA N. LANGENFELD
4                                          Attorney for Defendant Jeffrey L. Baker

5      **IT IS SO ORDERED** that the pretrial conference date is continued from April 4, 2011 at

6  8:30 a.m. to April 5, 2011 at 8:30 a.m; and the jury trial date is continued from April 5, 2011 at

7  9:00 a.m. to April 6, 2011 at 9:00 a.m.

8

9

10  Dated: February 11, 2011              ROBERT J. TIMLIN
                                         _____
11                                       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28