UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY D. McDONALD | ) | CV 06-02404- RT |
| | ) | |
| Plaintiffs, | ) | ORDER COURT SETS A TELEPHONIC STATUS CONFERENCE PLAINTIFF JEFFERY D. MCDONALD ORDERED TO PARTICIPATE VIA TELEPHONICALLY |
| v. | ) | |
| ROSEANNE CAMPBEL | ) | |
| Defendant(s). | ) | |

The Court sets a Telephonic Status Conference for Monday, March 28, 2011 at 8:30 a.m. The Court orders plaintiff Jeffrey D. McDonald to participate telephonically and orders the officials at Pleasant Valley State Prison to make the necessary arrangements for Mr. McDonald's participation.

To access the conference bridge please contact 213/894-0800, enter meeting I.D. no. **1112#**, and password no. **5351#**.

DATE: March 24, 2011

ROBERT J TIMLIN
United States District Judge