1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY D. McDONALD          )      CV 06-02404- RT
                                  )
12                                )
                                  )      ORDER COURT SETS A TELEPHONIC
13                 Plaintiffs,    )      STATUS CONFERENCE PLAINTIFF
                                  )      JEFFERY D. MCDONALD ORDERED
14        v.                      )      TO PARTICIPATE VIA
                                  )      TELEPHONICALLY
15   ROSEANNE CAMPBELL            )
                                  )
16                 Defendant(s).  )
                                  )
17   ─────────────────────────────)

18        The Court sets a Telephonic Status Conference for Thursday, April 28, 2011 at 8:30 a.m.

19   The Court orders plaintiff Jeffrey D. McDonald to participate telephonically and orders the officials

20   at Pleasant Valley State Prison to make the necessary arrangements for Mr. McDonald's

     participation.

21        To access the conference bridge please contact 213/894-0800, enter  meeting I.D. no.

22   **7002#**, and password no. **0325#**.

23
24
25        DATE: April 25, 2011

26                                         ROBERT J. TIMLIN
                                           ─────────────────────────────
27                                         ROBERT J. TIMLIN
                                           United States District Judge
28