UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

## CIVIL MINUTES - GENERAL

Case No.      2:06-2404-RT                                    Date May 9, 2011

Title:      *Jeffery McDonald v. Roseanne Campbell, et al.*

PRESENT:

THE HONORABLE ROBERT J. TIMLIN, JUDGE

|     Patricia Gomez     |                         |     None        |
| Courtroom Clerk        |                         | Court Reporter  |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
          None                                                    None

**PROCEEDINGS:   ORDER RETURNING LETTER TO PLAINTIFF (IN CHAMBERS)**

The Court has received in chambers a letter from Plaintiff dated April 21, 2011, which requests the Court to provide assistance to Plaintiff in his attempt to serve a subpoena on Mr. Williams.  This request is not properly before the Court.  The Court expects Plaintiff to file and serve paper documents as outlined by the Local Rules.  See Local Rule 133(a) ("Pro se parties shall file and serve paper documents as provided in these Rules.")  The Local Rules require that documents intended to be filed with the Court must be sent to the Clerk of the Court and that they should not be sent to the chambers of the assigned judge.  See Local Rule 133(d)(1) ("[A]ll paper documents presented for filing or lodging shall be delivered to the Clerk . . .   Original documents to be filed or lodged shall not be mailed to chambers.")  Moreover, a document requesting relief from the Court must be styled as a motion, not a letter.  See Fed. R. Civ. P. 7.

Although the Court has at times been lenient with Plaintiff in enforcing compliance with these rules, Plaintiff is hereby NOTIFIED that he should properly file motions in accordance with these rules.  The Court will not consider letters mailed to chambers.  Because the April 21, 2011 letter does not comply with the rules, the Court is returning the letter and all attachments to Plaintiff.

IT IS SO ORDERED.

CIVIL MINUTES                                                                                    INITIALS OF CRD  _____