1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY D. McDONALD | ) | CV 06-02404- RT |
| | ) | |
| Plaintiffs, | ) | ORDER SETTING A TELEPHONIC STATUS CONFERENCE FOR JULY 14, 2011; PLAINTIFF JEFFREY D. MCDONALD ORDERED TO APPEAR TELEPHONICALLY |
| v. | ) | |
| ROSEANNE CAMPBELL | ) | |
| Defendant(s). | ) | |

The Court sets a Telephonic Status Conference for Thursday, July 14, 2011 at 9:00 a.m. The Court orders plaintiff Jeffrey D. McDonald to participate telephonically and orders the officials at Pleasant Valley State Prison to make the necessary arrangements for Mr. McDonald's participation.

To access the conference bridge please contact 213/894-0800, enter meeting I.D. no. **7002#**, and password no. **0575#**.

DATE: July 12, 2011

ROBERT J. TIMLIN

ROBERT J. TIMLIN
United States District Judge