IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. MCDONALD<br><br>    Plaintiff,<br><br>v.<br><br>ROSEANNE CAMPBELL, et al.<br><br>    Defendants.<br>_____/ | Case No.  2:06-CV-02404 RT<br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |

    Jeffrey D. McDonald, inmate # P05806, a *pro se* plaintiff in this case set for trial on October 4, 2011, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, CA 93210, in the custody of Warden Robert H. Trimble.  A pretrial conference is scheduled in this case for October 3, 2011 at 9:00 a.m., and jury trial of this action is scheduled to commence October 4, 2011 at 9:00 a.m. in this Court.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate as a party plaintiff at the United States District Court for the Eastern District of California, Sacramento, Courtroom 2, 15th floor, starting on October 3, 2011 at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding Robert H. Trimble, Warden of Pleasant Valley State Prison, to produce Jeffrey McDonald for the pretrial conference and trial in this matter before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this order and the writ; and

**WRIT OF HABEAS CORPUS TESTIFICANDUM**

**To: Robert H. Trimble, Warden of Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, CA 93210:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 7/21/11

*Robert J. Timlin*
ROBERT J. TIMLIN, JUDGE