IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey D. McDonald, | No. CIV 06-2404-RT |
| vs. | |
| Roseanne Campbell, et al. | |
| _____/ | ORDER |

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and trial of this case as to defendant Baker is set for October 4, 2011 at 9:00 a.m in Sacramento, California.

Plaintiff has filed requests for issuance of subpoenas duces tecum for the appearance of the following persons at the trial in this case to testify on his behalf and to bring certain records with them: Lieutenant M. Williams ("Williams") of the California Department of Corrections and Rehabilitation and Correctional Officer D. Reyes ("Reyes"). Defendant Baker opposes the requests on the grounds that the subject matter of the testimony of Williams and Reyes is irrelevant.

IT IS HEREBY ORDERED that:

1. Plaintiff's requests for this court's issuance of subpoenas duces tecum for Williams

and Reyes' appearance with certain records to testify at the trial commencing on October 4, 2011 is granted.

    2.  Service of the subpoenas duces tecum is appropriate for the following witnesses: Williams and Reyes.

    3.  The Clerk of the Court shall send plaintiff two USM-285 forms and one instruction sheet.

    4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed subpoena duces tecum for each witness, Williams and Reyes;

    c.  One completed USM-285 form for each witness listed in number 2 above; and

    d.  Two copies of the subpoena duces tecums as to Williams and Reyes.

    5.  Plaintiff need not attempt service on Williams and Reyes.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve Williams and Reyes with his respective subpoena duces tecum pursuant to Federal Rule of Civil Procedure 45 without payment of costs.

    6.  Plaintiff is also hereby notified that, to effectuate service of process, he is responsible for the payment of witness fees and a mileage fee at the time the subpoena is served. *See* Federal Rule of Civil Procedure 45(b)(1); 28 U.S.C. § 1915; *Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989).  The subpoena must accompany the attendance fee, which is $40.00 per day; otherwise, service is invalid.

DATED: July 25, 2011

    /s/ ROBERT J. TIMLIN
ROBERT J. TIMLIN
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey D. McDonald, | No. CIV 06-2404-RT |
| vs. | |
| | NOTICE OF SUBMISSION |
| Roseanne Campbell, et al. | OF DOCUMENTS |
| _____ / | |

     Plaintiff hereby submits the following documents in compliance with the court's order filed July 18, 2011:

     \_\_\_\_ completed subpoena duces tecum forms for third party witnesses M. Williams and D. Reyes

     \_\_\_\_ completed USM-285 forms as to M. Williams and D. Reyes

     \_\_\_\_ two copies of the completed subpoena duces tecum as to M. Williams and D. Reyes

DATED:

                                                                                  Plaintiff