**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JEFFREY D. MCDONALD

Plaintiff,

v.

ROSEANNE CAMPBELL, et al.

Defendants.

_______________________________/

Case No. 2:06-CV-02404 RT

ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. By order filed August 24, 2011, the court ordered plaintiff to provide information on form USM-285 for service of a subpoena duces tecum on third party witness M. Williams on form USM-285, a completed subpoena duces tecum for M. Williams, sufficient copies of the subpoena for service, and a notice of submission of documents. Plaintiff has filed the required papers for M. Williams. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the instructions for service of subpoena duces tecum, the completed subpoena duces tecum, two copies of the subpoena duces tecum, and copies of this order to the United States Marshal.
2. Within 10 days of this order, the United States Marshal shall:

a. Personally serve the subpoena duces tecum and a copy of this order upon M. Williams, pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation (CDCR) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDCR pursuant to this order.

**b.** Within 5 days after personal service is effected, the United States Marshal shall file the return of service of the subpoenas for M. Williams with the Clerk of Court.

+

**IT IS SO ORDERED.**

Dated: SEP 15 2011

ROBERT J TIMLIN

ROBERT J. TIMLIN, JUDGE