IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. MCDONALD, | Case No. 2:06-CV-02404 RT |
| Plaintiff, | |
| v. | |
| ROSEANNE CAMPBELL, et al. | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Earl Reed Warner, inmate # E32637, a witness in this case set for trial on October 4, 2011, is confined in California Medical Facility, 1600 California Drive, Vacaville, California 95696, in the custody of Warden Kathleen Dickinson. Inmate Warner is scheduled to appear at trial on October 6, 2011 at 9:00 a.m. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate as a witness at the United States District Court for the Eastern District of California, Sacramento, Courtroom 2, 15th floor, on October 6, 2011 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding Kathleen Dickinson, Warden of California Medical Facility, to produce Earl Reed Warner for trial in this matter before the United States District Court at the

time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this order and the writ; and

## WRIT OF HABEAS CORPUS TESTIFICANDUM

**To: Kathleen Dickinson, California Medical Facility, 1600 California Drive, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: 10/5/11

ROBERT J. TIMLIN, JUDGE