1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11   JEFFREY D. McDONALD,           )   CV 06-02404- RT
12                                  )
                                    )   JUDGMENT FOR ALL DEFENDANTS
13              Plaintiff,          )   AGAINST PLAINTIFF ON THE FIRST
                                    )   AMENDED COMPLAINT
14        v.                        )
                                    )
15   ROSEANNE CAMPBELL, et al.      )
                                    )
16              Defendants.         )
                                    )
17

18         On May 27, 2008, defendant Correctional Officer Lewis and defendant Roseanne Campbell

19   in her individual capacity were dismissed from this action by order of the court.

20         On April 2, 2010, the court ordered that summary judgment be granted in favor of defendant

21   C. Gibson and defendant Roseanne Campbell in her official capacity as warden of Mule Creek State

22   Prison, as to all claims in the First Amended Complaint ("FAC") by plaintiff against them.

23         On October 6, 2011, a jury returned a special verdict in favor of defendant Jeffrey Baker on

24   the claim in the FAC by plaintiff against him.

25         Accordingly, IT IS ORDERED that: 1) judgment be entered in favor of defendants

26   Correctional Officer Lewis, Roseanne Campbell, in her individual capacity and in her official

27   capacity, C. Gibson and Jeffrey Baker and against plaintiff Jeffrey McDonald on all claims by him

28   against them in the FAC; 2) Plaintiff Jeffrey McDonald shall take nothing against the defendants in

1 | this action; and 3) defendants Correctional Officer Lewis, Roseanne Campbell, C. Gibson and
2 | Jeffrey Baker shall recover from Plaintiff Jeffrey McDonald their costs of suit in the amount of
3 | $_____.
4 |
5 | DATE: October 18, 2011
6 |                                              ROBERT J. TIMLIN
7 |                                              ROBERT J. TIMLIN
     |                                              United States District Judge